Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| ROBERT JOSEPH BISBEE III | ) Chapter 13 |
| | ) |
| | ) Case No.: 8:05-bk-20220-RK |
| | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3010)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301090** in the sum of **$   2.02**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and

address of the party entitled to said unclaimed dividend is as follows:

    ROBERT JOSEPH BISBEE III
    1405 E. LUCAS RD
    LUCAS, TX 22116

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0520220 | ROBERT JOSEPH BISBEE III ACCT: | Claim: 00000 | XXX-XX-8004 | 2.02 | 0.00 | 2.02 |
| | | TOTALS | | 2.02 | 0.00 | 2.02 |

ROBERT JOSEPH BISBEE III

BALANCE:              [0.00  33/00000]
SSN: XXX-XX-8004    SSN:
ACCT:                      CASE: 0520220
PRINCIPAL:        2.02   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301090

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$2.02

**PAY**   Two And 02 / 100 Dollars

**TO THE**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
**ORDER OF**   255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301090⑈  ⑆061100790⑆0000000575186 2⑈